# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

CATHY L. HARRISON

VERSUS

THE CITY OF BATON ROUGE-PARISH
OF EAST BATON ROUGE, OFFICE OF THE
MAYOR-PRESIDENT, OFFICE OF COMMMUNITY
DEVELOPMENT, ET AL.

CIVIL ACTION

NO. 17-487-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 3, 2019, to which no opposition was filed;

**IT IS ORDERED** that Plaintiff's claims against all defendants, other than the City of Baton Rouge Office of Community Development and the City of Baton Rouge Human Resources, are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's claims against all defendants, including the City of Baton Rouge Office of Community Development and the City of Baton Rouge Human Resources, arising under the Age Discrimination in Employment Act, are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's claims against the City of Baton Rouge Office of Community Development and the City of Baton Rouge Human Resources arising under Title VII, the Americans with Disabilities Act, and the Genetic Information Nondisclosure Act are maintained, subject to the requirement that Plaintiff file her Amended

Complaint in accordance with the report and recommendation issued by the Magistrate Judge within thirty (30) days of this opinion.

Signed in Baton Rouge, Louisiana, on <u>April 18, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**